IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22-cv-00279-CMH-IDD |
| | ) | |
| BERNICE SUPPEY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

ROSEBORO NOTICE

Please take notice that on June 21, 2022, the United States of America filed and served pleadings titled *United States' Motion for Default Judgment*, *Memorandum of Law*, *Exhibits*, proposed *Order*, and proposed *Judgment*. Under the requirements of *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), and Local Rule 7(K), promulgated by the United States District Court for the Eastern District of Virginia, the defendant is notified and warned that:

1. You are entitled to file a response opposing the United States' motion. Under the Local Rule, any such response must be filed within twenty-one (21) days of the date on which the United States' motion was filed.

2. The Court possesses the authority to grant the United States' motion and grant default judgment on the basis of the United States' motion if you do not file a response. If the Court enters judgment for the United States, the case will be concluded against you, and the Court will have decided this case against you and in favor of the United States.

3. In any response you file, you must identify all facts stated by the United States with which you disagree and must set forth your version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements

(bearing a certificate that is signed under penalty of perjury) of your own and of any other witness and/or by submitting other responsive materials, as appropriate.

4. You are also entitled to file a legal brief in opposition to the one filed by the United States. Any such response must be filed within twenty-one (21) days of the date on which the United States' motion was filed with the Clerk of Court as follows:

>Fernando Galindo, Clerk of Court
>Albert V. Bryan U.S. Courthouse
>401 Courthouse Square
>Alexandria, Virginia 22314

You are required to serve upon counsel for the United States a copy of any documents you file with the Court. You are further reminded that no pleadings or other documents submitted by you will be filed by the clerk unless you also attach a certificate of service stating that you have served or will serve copies thereof upon undersigned counsel for the United States. The certificate of service shall show the date and manner of service. *See* Rule 5 of the Federal Rules of Civil Procedure.

Date: June 21, 2022

    Respectfully submitted,

    JESSICA D. ABER
    United States Attorney

    /s/   *Krista Anderson*
    Krista Anderson
    William Hochul III
    Assistant U.S. Attorneys
    *Counsel for the United States of America*
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Tel: 703-220-9528
    Fax: 703-299-3898
    E-Mail: krista.anderson@usdoj.gov
    william.hochul2@usdoj.gov

<u>Certificate of Service</u>

I certify that a true and correct copy of the Roseboro Notice was filed on June 21, 2022 through the CM/ECF system and that on the same day, true and correct copies of this pleading and supporting documents were sent by first-class mail, postage pre-paid, to the following:

Bernice Suppey
18492 Kerill Rd
Triangle, VA 22172-2082

/s/   *Krista Anderson*
Krista Anderson
Assistant U.S. Attorney
*Counsel for the United States of America*
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-220-9528
E-Mail: krista.anderson@usdoj.gov